**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 9, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00251-CV

## IN RE SILVERTIP HOLDINGS, LLC, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-54805**

## MEMORANDUM OPINION

On April 6, 2022, Silvertip Holdings, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th District Court of Harris County, to determine the date upon which relator received notice or had actual knowledge of the November 11, 2022 final judgment.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.